UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

March 7, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
COLIN MC ELWEE, )
        Defendant. )
)
_____ )

Case No. 2:12-mj-00063-CKD


ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release COLIN MC ELWEE, Case No. 2:12-mj-00063-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of: $200,000.00.

        _____    Co-Signed Unsecured Appearance Bond

        __X__    Secured Appearance Bond

        __X__    (Other) Conditions as stated on the record.

        __X__    (Other) The secured bond paperwork is to be filed by 03/21/12.


This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _3/7/2012_ at _3:15 p.m_

By _____
    Edmund F. Brennan
    United States Magistrate Judge