|  |
|---|
| **FILED** |
| March 7, 2012 |
| CLERK, US DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |
| DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff, )
v. )
         )
COLIN MC ELWEE, )
          Defendant. )

Case No. 2:12-mj-00063-CKD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release COLIN MC ELWEE, Case No. 2:12-mj-00063-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $200,000.00.

    \_\_\_\_ Co-Signed Unsecured Appearance Bond

    _X_ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) The secured bond paperwork is to be filed by 03/21/12.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/7/2012 at 3:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge